IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES HOOPER AND LINDA HOOPER, WRONGFUL DEATH BENEFICIARIES OF RYAN HOOPER** | **PLAINTIFFS** |
| VS. | CAUSE NO. 1:13cv102-LG-JCG |
| **EMCARE, INC.** | **DEFENDANTS** |

*consolidated with*

| | |
|---|---|
| **CHARLES HOOPER AND LINDA HOOPER, WRONGFUL DEATH BENEFICIARIES OF RYAN HOOPER** | **PLAINTIFS** |
| VS. | CAUSE NO. 1:14cv158-LG-JCG |
| **JENNIFER J. JURICH (f/k/a JENNIFER J. HENDERSON); GEORGE LOUKATOS; BILOXI H.M.A., LLC.** | **DEFENDANTS** |

## RE-NOTICE OF DEPOSITION

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs, Charles Hooper and Linda Hooper, by and through their attorney of record, will take stenographic and video deposition upon oral examination of Dr. Kris Sperry on June 19, 2015 beginning at 2:00 p.m. at the offices of Esquire Solutions, 101 Marietta St NW, Atlanta, GA 30303. The examination will continue from day to day until completed. You are invited to attend, if you so desire, as attorney of record.

**RESPECTFULLY SUBMITTED** this the 28th day of May 2015.

**CHARLES HOOPER, LINDA HOOPER,**

                                           **WRONGFUL DEATH BENEFICIARIES OF RYAN HOOPER**

                                            BY:  `/s/ Edward Gibson`

                                                                  Edward Gibson

OF COUNSEL:
Edward Gibson, Esquire (MS Bar #100640)
HAWKINS│GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 467-4225; Fx. (228) 467-4212
Email: egibson@hgattorneys.com

<b><u>CERTIFICATE OF SERVICE</u></b>

       I, EDWARD GIBSON, do hereby certify that I have on this 28th day of May 2015, I filed the foregoing document, via the Electronic Filing System, which sent notice to all counsel of record below:

**<u>Attorney for Biloxi H.M.A.</u>**
Stephen Peresich
Page, Mannino, Peresich
& McDermott, PLLC.
Attorneys At Law
P.O. Box 289
Biloxi, MS 39533
stephen.peresich@pmp.org

**<u>Attorney for Jennifer-Jurich Henderson, George Loukatos, M.D., and Emcare, Inc.</u>**
John B. Howell, III, Esq.
Mildred M. Morris, Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, MS 39205
jhowell@watkinseager.com
mmorris@watkinseager.com

       **SO CERTIFIED**, This, the 28th day of May, 2015.

                                                                             `/s/ Edward Gibson`